AARON D. FORD
Attorney General
AARON D. CUELLAR (Bar No. 16835)
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701
Tel. (775) 684-1129
Email: acuellar@ag.nv.gov
*Attorneys for Defendant Ian Knight and Nevada Department of Agriculture*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARY ANN BRUNO

Petitioner,

vs.

IAN KNIGHT, individually; STATE OF NEVADA ex. Rel. NEVADA DEPARTMENT OF AGRICULTURE; and Does I-X,

Respondents.

Case No. 3:26-cv-707-MMD-CSD

**STIPULATION TO EXTEND ANSWERING DEADLINE**

Defendants State of Nevada ex. rel. Nevada Department of Agriculture and Ian Knight, and Plaintiff Mary Ann Bruno, by and through their attorneys (collectively the "Parties") hereby agree and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulate to extend the deadline to answer Plaintiff's complaint from October 19, 2026 to October 26, 2026.

**ORDER**

**IT IS HEREBY ORDERED**, based on the following stipulation, that the deadline to answer Plaintiff's complaint be moved from October 19, 2026 to October 26, 2026.

DATED: October 20th, 2026.

Magistrate Judge

Respectfully submitted by:

AARON D FORD
Attorney General

By: /s/ Aaron Cuellar
AARON D. FORD
Attorney General
AARON D. CUELLAR
Deputy Attorney General
Office of the Attorney General

By: /s/ Luke Busby
Luke Busby, Esq.
316 California Ave
Reno, Nevada 89509
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com

**From:** Aaron D. Cuellar
**To:** Amy S. Mays; Marilyn A. Millam
**Cc:** Danielle Wright
**Subject:** FW: Bruno v. Nevada Department of Agriculture et. al. extension to answer
**Date:** Monday, October 19, 2026 3:14:01 PM
**Attachments:** Bruno v. NDA et. al stip to extend answering deadline v2.docx

---

Hi Amy,

See below. Would be able to file this and add me to the e-service list? Thanks,

Aaron Cuellar

---

**From:** Luke Busby <lukebusby@pm.me>
**Sent:** Monday, October 19, 2026 3:09 PM
**To:** Aaron D. Cuellar <acuellar@ag.nv.gov>
**Cc:** lgorman@laurengormanlaw.com
**Subject:** RE: Bruno v. Nevada Department of Agriculture et. al. extension to answer

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Aaron,

Looks good. You have my consent to file with my e-signature.

Cheers!

Please note my new email address: lukebusby@pm.me

Luke Busby, Esq.
316 California Ave
Reno, Nevada 89509
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.

On Monday, October 19th, 2026 at 3:07 PM, Aaron D. Cuellar <acuellar@ag.nv.gov>

wrote:

Hi Luke,

See attached. Let me know if we can add your e-sig and file,

Aaron Cuellar

**From:** Luke Busby <lukebusby@pm.me>
**Sent:** Monday, October 19, 2026 1:35 PM
**To:** Aaron D. Cuellar <acuellar@ag.nv.gov>
**Cc:** lgorman@laurengormanlaw.com
**Subject:** RE: Bruno v. Nevada Department of Agriculture et. al. extension to answer

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Aaron,

This looks fine to me, but you need to add signature lines for the parties.

Cheers!

Please note my new email address: lukebusby@pm.me

Luke Busby, Esq.
316 California Ave
Reno, Nevada 89509
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.

On Monday, October 19th, 2026 at 12:20 PM, Aaron D. Cuellar <acuellar@ag.nv.gov> wrote:

Hi Luke,

See attached stip for your review. Let me know your thoughts. Appreciate it,

Aaron Cuellar

---

**From:** Luke Busby <lukebusby@pm.me>
**Sent:** Monday, October 19, 2026 9:34 AM
**To:** Aaron D. Cuellar <acuellar@ag.nv.gov>
**Cc:** lgorman@laurengormanlaw.com
**Subject:** Re: Bruno v. Nevada Department of Agriculture et. al. extension to answer

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Hi Aaron,

No problem, but I believe you need to file a stipulation to that effect. Do you mind circulating one?

Cheers!

Please note my new email address:
lukebusby@pm.me

Luke Busby, Esq.
316 California Ave
Reno, Nevada 89509
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com

This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate

applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Disclaimer Required by IRS Rules of Practice: Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.

On Monday, October 19th, 2026 at 9:18 AM, Aaron D. Cuellar <acuellar@ag.nv.gov> wrote:

> Hi all,
>
> My name is Aaron Cuellar. I'm the DAG representing Mr. Ian Knight and the Nevada Department of Agriculture. I'm reaching out to see if you are willing to extend the due date to answer by a week to October 26, 2026.
>
> Let me know, appreciate it,
>
> Aaron D. Cuellar
> Deputy Attorney General
> Office of the Attorney General
> 1 State of Nevada Way, Ste. 100
> Las Vegas, NV 89119
> PLEASE BE ADVISED MY PHONE NUMBER HAS CHANGED
> MY NEW NUMBER IS:
> (775) 684-1234
> (702) 486-3416- fax
> acuellar@ag.nv.gov